BELTON R. BLAKNEY v. FIRST NATIONAL FIDELITY CORP.

May 28, 1980.

Petition for certification denied.

MARIA VIVIANO v. ADOLPH GOTTSCHO, INC.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DOMINIC STRANIERI.

May 28, 1980.

Petition for certification denied.